UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLAUDE COLLINS                                    CIVIL ACTION

VERSUS                                            NO. 15-4060

DARRYL VANNOY, WARDEN                             SECTION "S"(4)


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Claude Collins's petition for issuance of a writ of habeas corpus

filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to

exhaust state court remedies.

New Orleans, Louisiana, this 19th day of _____ May _____, 2016.


_____
UNITED STATES DISTRICT JUDGE